Justin T. Campagne (CBN 211825)
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
Email: jcampagne@campagnelaw.com

Attorneys for Plaintiff Superior Sales, Inc.

## IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPERIOR SALES, INC. | CASE NO.: 3:24-cv-07535-CRB |
| Plaintiff, | |
| - against - | |
| IMOK GLOBAL, LLC, MIRNA JIMENEZ, AND HECTOR JIMENEZ, | |
| Defendants. | |

### ORDER ADMINISTRATIVELY CLOSING MATTER WITH RIGHT TO REOPEN UPON JOINT MOTION FILED BY MAY 1, 2025

UPON CONSIDERATION of the Notice of Settlement and Joint Motion to Administratively Close This Matter With Right To Jointly Move To Reopen To Enforce The Terms Of Settlement Until May 1, 2025, and it appearing appropriate to do so, it is hereby

ORDERED that this matter is Administratively Closed; and it is further

ORDERED that the Parties may jointly move to reopen this matter until May 1, 2025.

IT IS SO ORDERED.

Dated: January 6, 2025

                                            UNITED STATES DISTRICT JUDGE